IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BERNARD L. MADOFF,
PLAINTIFF

V.

DOLLY PARTON D/B/A DOLLYWORLD;
JONATHAN LEE RICHES;
DEFENDANT'S

RECEIVED

APR 22 2010

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER
28 USC 1331

---

COMES NOW THE PLAINTIFF, BERNARD L. MADOFF, IN PRO-SE, MOVES THIS HONORABLE COURT TO ISSUE AN ORDER FOR THE DEFENDANT'S NAMED IN THIS SUIT TO RESPOND. I FACE IMMINENT DANGER AND BODILY HARM FROM THE DEFENDANT'S COLLECTIVELY AND INDIVIDUALLY, WHO RESIDE IN NASHVILLE, TN AND CONTINUES TO THREATEN AND HARASS ME FROM THERE. I HAD A PREVIOUS INTIMATE RELATIONSHIP WITH DOLLY PARTON BEFORE I WAS CONVICTED OF MY PONZI SCAM AND FINANCIAL FRAUD. I HELPED FINANCE HER CAREER THROUGH MY FRAUDULENT FUNDS AND I WAS A MAJOR INVESTOR TO HER DOLLYWORLD. I WORKED OUT A PLEA BARGIN TO COOPERATE WITH THE FBI IN REVEALING THIS INFORMATION AND OTHER FRAUD CRIMES DOLLY PARTON HAS BEEN COMMITTING WITH THE IDENTITY THEFT KINGPIN JONATHAN LEE RICHES HER CURRENT BOYFRIEND AND PARTON PAYED JONATHAN LEE RICHES ONE HUNDRED THOUSAND DOLLARS TO PUT A PRISON HIT OUT ON ME TO SILENCE ME FROM SHOWING INTIMATE PICTURES OF ME AND DOLLY PARTON SHAVING EACH OTHER AT THE PENTHOUSE IN EMBASSY SUITES. IM SO SCARED OF MR. RICHES THAT IM SUFFERING FROM EMOTIONAL DISTRESS AND ANXIETY ATTACKES, HE IS ONE SCARY INDIVIDUAL. I SEEK A RESTRAINGING ORDER.

RESPECTFULLY,

Bernard L. Madoff

bernard l madoff 4-20-2010
# 61727 - 054
PO BOX 14500
lexington, ky 40512