UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BERNARD L. MADOFF | ] | |
| Plaintiff, | ] | |
| | ] | No. _____3 10 0631_____ |
| v. | ] | (No. 3:10-mc-0065) |
| | ] | Judge Echols |
| DOLLY PARTON, et al. | ] | |
| Defendants. | ] | |

O R D E R

On May 10, 2010, an Order (Docket Entry No. 2) was entered instructing the plaintiff to either pay the fee required to file his petition (Docket Entry No. 1) for a preliminary injunction or submit a properly completed and signed application to proceed in forma pauperis. The plaintiff has failed to comply with the instructions of the Court.

Accordingly, the Clerk is directed to file the petition. This action is hereby DISMISSED for want of prosecution. Rule 41(a), Fed.R.Civ.P. The plaintiff's mail has been returned as undeliverable. (*See* Docket Entry No. 6.) Because the plaintiff's status as a prisoner and his current address are unknown, an assessment of the filing fee will not be made at this time.

It is so ORDERED.

Robert L. Echols
United States District Judge